

Cite as 2016 Ark. 332

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** October 6, 2016

IN RE ARKANSAS PRO BONO WEEK

**PER CURIAM**

As officers of the court, Arkansas attorneys bear a professional responsibility, under Rule 6.1 of the Arkansas Rules of Professional Conduct, to provide free legal services to persons of limited means or organizations that serve persons of limited means and to voluntarily contribute financial support to organizations that provide legal services to persons of limited means. This commitment to public service represents one of the noblest attributes of the legal profession.

The American Bar Association has designated October 23–29, 2016, as National Pro Bono Week to recognize the valuable contributions made by pro bono attorneys throughout the year and to encourage pro bono participation across the nation to address the legal needs of low-income Americans. This Court joins in this effort by designating October 23–29, 2016, as Pro Bono Week in Arkansas.

The Court commends the many Arkansas attorneys who serve their profession, their communities, and their state by donating thousands of hours of pro bono services and by making generous financial contributions to legal aid organizations. The Court encourages all attorneys to abide by both the letter and the spirit of Rule 6.1 through pro bono service and financial support. The Court also encourages all judges to advocate for pro bono service by attorneys, to participate in events that honor attorneys who provide pro bono service, to write and speak in favor pro bono service, and to recruit attorneys to provide pro bono service.